Joseph Corsiglia et al., complainants below, v. Madelene M. Brown et al., defendants below. Charles L. McPartlin, appellant, v. Norman Asher, appellee. Gen. No. 39,416.

Opinion filed December 31, 1937. Rehearing denied June 23, 1938.

William S. Palmer, Jr., for appellant. McFarland, Morgan & Stearns, for appellee; James H. McFarland and Everett W. Hostetter, of counsel.

Mr. Presiding Justice Friend delivered the opinion of the court.

Minnie Hiatt, appellee, v. Cummings Savings and Loan Association and Alfred H. Moyer, appellants. Gen. No. 39,944.

Opinion filed April 25, 1938.

Samuel Berke, for appellants; Mayer Goldberg, of counsel. McDonald & Richmond, for appellee; Lyle L. Richmond, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Tillie Ambrose, appellee, v. Sophie Saweikis and Stanley Saweikis, appellants. Gen. No. 39,973.

Opinion filed April 25, 1938.

Simon A. Murray and Louis A. Rosenthal, for appellants; Louis A. Rosenthal, of counsel. Gregory & McGehee and Silvio E. Piacenti, for appellee; Francis E. Cash, of counsel.

Mr. Justice McSurely delivered the opinion of the court.